UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA §<br>   *Plaintiff* §<br>§<br>vs. §<br>§<br>(1) HUGO MORENO-MENDEZ §<br>   *Defendant* § | Case Number:<br>WA:25-CR-00116(1)-ADA |

### ORDER GRANTING ORAL MOTION TO CONTINUE

Before the Court is the Defendant's Oral Motion for Continuance of MISDEMEANOR ARRAIGNMENT made in open court on Tuesday, May 27, 2025. The Court, having considered the motion, finds that it has merit and should be granted.

Accordingly, it is **ORDERED** that the Defendant's Oral Motion for Continuance is **GRANTED**. It is further **ORDERED** that the MISDEMEANOR ARRAIGNMENT in this case shall be held at 9:00 a.m. on 06/03/2025.

**SIGNED** this 27th day of May, 2025.

_____
**DEREK T. GILLILAND**
**UNITED STATES MAGISTRATE JUDGE**