UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: WA:25-CR-00116(1)-ADA |
| | § | |
| (1) HUGO MORENO-MENDEZ | § | |

# ORDER

Counsel shall mark all exhibits before trial in accordance with Rules CR-55(b) and CV-26(b). Counsel shall obtain and prepare exhibit tags and mark each exhibit with the exhibit number.

FURTHER, in order to facilitate the orderly and accurate recording of exhibits admitted during trial, a list of exhibits shall be filed with the Clerk's Office seven (7) days prior to trial.

SIGNED this 3rd day of June, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE