# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### WACO DIVISION

UNITED STATES OF AMERICA

v.

HUGO MORENO-MENDEZ

Defendant.

Case Number: 6:25-CR-00116(1)- ADA
USM Number: 67047-511

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, HUGO MORENO-MENDEZ, was represented by Lauren A. McLeod.

The defendant was found guilty as to Count(s) One and Two of the Information on 08/18/2025.  Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. § 1306(a) | Willful Failure to Register | 03/13/2025 | 1 |
| 34 U.S.C. § 40702(a)(5)(A) | Failure To Provide DNA | 03/13/2025 | 2 |

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of TIME SERVED as to Count I and Count II.

Pursuant to 18 U.S.C. § 3573, the Government moves to remit the Special Assessment and waives any fine amount.

It is further ordered that the Defendant shall notify the United States Attorney for this district with.in 30 days of any change: of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this 18th day of August, 2025.

DEREK T. GILLILAND
United States Magistrate Judge

Defendant"s Alien #:
Defendant's FBI#:
Defendant's Date of Birth:
Defendant·s Country of Origin: